UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHBTU LIMITED LIABILITY COMPANY d/b/a Kleenwraps,<br><br>Defendant. | ECF CASE<br><br>No.: 1:21-cv-00937-NGG-VMS |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: May 10, 2021
New York, New York

LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772

*Attorneys for Plaintiff*

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: May 12, 2021